# Exhibit 2

| US7249882B2 | Wallow PM PLUS™ PID & Integrated Limit Controller ("The accused product") |
|---|---|
| 1. A method for determining an integration initial value of a PID (proportion, integration and differentiation) controller, comprising the steps of:<br><br>*Col. 3: 32-40*<br>*"A calculation step 104 is performed to calculate an estimated integration initial value according to formula (4) based on the temperature difference B between the temperature setting value E and the lowest temperature H in the amplitude curve A. Control* | The accused product discloses a method for determining an integration initial value (e.g., initial control value) of a PID (proportion, integration and differentiation) controller (e.g., the accused product).<br><br>As shown, the accused product features TRU-TUNE+ adaptive control and autotune algorithm which determines the initial control settings for the PID parameters.<br><br>PM PLUS™ PID & Integrated Limit Controller<br><br><br><br>https://www.watlow.com/products/controllers/temperature-and-process-controllers/pm-plus |

| | |
|---|---|
| initial value I=(B-G)/(A-G)(%) (4) The estimated initial value I is added to stabilize integration value as the temperature is approaching the set value" | **Advanced PID control algorithm**<br>• Offers TRU-TUNE®+ adaptive control to provide tighter control for demanding applications<br>• Provides auto-tune for fast, efficient start-up<br><br>*Source: PM Plus Controller Specification sheet*<br><br>The TRU-TUNE+ adaptive algorithm optimizes the controller's PID values to improve control of dynamic processes. TRU-TUNE+ monitors the Process Value and adjusts the control parameters automatically to keep your process at set point during set point and load changes. When in adaptive control mode, the controller determines the appropriate output signal and, over time, adjusts control parameters to optimize responsiveness and stability. The TRU-TUNE+ feature does not function for on-off control.<br><br>The preferred and quickest method for tuning a loop is to establish initial control settings and continue with the adaptive mode to fine tune the settings. Setting Control Mode to tune starts this two-step tuning process. This predictive tune determines initial, rough settings for the PID parameters. Then the loop automatically switches to the adaptive mode which fine tunes the PID parameters.<br><br>*Source: PM Plus User Guide* |

| | |
|---|---|
| | When an autotune is performed on the PM PLUS™ the set point and the autotune set point are used to calculate the tuning set point. For example, if the active set point is 200° and Autotune Set Point is 90 percent, the autotune function uses 180° for tuning.<br><br>Autotuning calculates the optimum heating and/or cooling PID parameter settings based on the system's response. The PID settings generated by the autotune will be used until the autotune feature is rerun, the PID values are manually adjusted or TRU-TUNE+ is enabled.<br><br>*Source: PM Plus User Guide* |
| a) performing a setting step to set a temperature setting value and a temperature error setting value;<br><br>*Col. 3: 23-25*<br>*"wherein the temperature error setting value comprises posi tive and negative error setting value F, G based on the temperature adjusting value E"* | The accused product discloses performing a setting step to set a temperature setting value (e.g., High limit set point, Low limit set point, etc.) and a temperature error setting value (e.g., Process error low value, etc.).<br><br>As shown, the accused product discloses setting various values such as temperature values, procedure error low limit values, etc.<br><br>## Set Minimum Set Point and Maximum Set Point<br><br>Set the minimum set point and maximum set point for the preferred mode of operation:<br><br>• Closed loop control<br><br>• Manual Power (open loop control)<br><br>• Limit, as part of an integrated control<br><br>Go to **Operations — Setup — Control Loop —** to enter the Minimum Set Point and Maximum Set Point.<br><br>*Source: PM Plus User Guide* |

| Limit Error | Limit state cannot be determined due to lack of sensor input, limit will trip | • Sensor improperly wired or open<br>• Incorrect setting of sensor type<br>• Calibration corrupt |
|---|---|---|
| Limit Low | Sensor input below low limit set point | • Temperature is less than limit set point<br>• Limit outputs latch and require reset<br>• Incorrect limit set point |
| Limit High | Sensor input above high limit set point | • Temperature is greater than limit set point<br>• Limit outputs latch and require reset<br>• Incorrect limit set point |

*Source: PM Plus User Guide*

| | | | | | |
|---|---|---|---|---|---|
| Range High | Set the high range for this function block's output. | -1,999.000 to 9,999.000 | 9,999 | 4018 |
| Process Error Enable | Turn the Process Error Low feature on or off. | Off (62)<br>Low (53) | Off | 4030 |
| Proc.Error Low Value | If the process value drops below this value, it will trigger an input error. | -100.00 to 1,000.00 | 0.0 | 4031 |
| Thermistor Curve | Select a curve to apply to the thermistor input. | Curve A (1451)<br>Curve B (1452) | Curve A | 4038 |

*Source: PM Plus User Guide*

| b) performing a parameter | The accused product discloses performing a parameter generation step (e.g., calculating tuning set point) to activate an automatic tuning (e.g., autotune), wherein an on-off switching |
|---|---|

| | |
|---|---|
| generation step to activate an automatic tuning, wherein an on-off switching for output control is performed to obtain an amplitude curve with highest temperature and lowest temperature; | (e.g., on-off control switches) for output control is performed (e.g., based on input, set point values, etc.) to obtain an amplitude curve (e.g., on-off system cycles) with highest temperature and lowest temperature.<br><br>As shown, when autotune is activated on the accused product, the tuning set point is calculated (parameter generation step). The on-off control switching method for output control such as to switch on the heating action when the process temperature drops below the set point and switch off the heating action when the process temperature rises above the set point to generated on-off system cycles indicating lowest and highest temperature.<br><br>When an autotune is performed on the PM PLUS™ the set point and the autotune set point are used to calculate the tuning set point. For example, if the active set point is 200° and Autotune Set Point is 90 percent, the autotune function uses 180° for tuning.<br><br>Autotuning calculates the optimum heating and/or cooling PID parameter settings based on the system's response. The PID settings generated by the autotune will be used until the autotune feature is rerun, the PID values are manually adjusted or TRU-TUNE+ is enabled.<br><br>Source: PM Plus User Guide |



Source: PM Plus User Guide

## Setup Lists

You will not see every parameter listed here. These vary depending on the features enabled on your device.

| Parameter | Description | Range of Options | Default | Parameter ID |
|---|---|---|---|---|
| Autotune Set Point | Set point that the autotune will use, as a percentage of the current set point. | 50 to 200% | | |

Source: PM Plus User Guide

## Control Methods

### On-Off Control

On-off control switches the output either full on or full off, depending on the input, set point and hysteresis values.

The hysteresis value indicates the amount the process value must deviate from the set point to turn on the output. Increasing the value decreases the number of times the output will cycle. Decreasing hysteresis improves controllability. With hysteresis set to 0, the process value would stay closer to the set point, but the output would switch on and off more frequently, and may result in the output "chattering."

On-off control can be selected with Heat Algorithm (Operations — Setup - Control Loop - Heat Algorithm) or Cool Algorithm (Operations — Setup - Control Loop - Cool Algorithm). Then, On/Off hysteresis can be set at Operations — Setup - Control Loop - On/Off Heat Hyster. or Operations — Setup - Control Loop - On/Off Cool Hyster..

Source: PM Plus User Guide



Source: PM Plus User Guide

| c) performing a calculation step to calculate an estimated initial value based on the integration of the amplitude and the temperature difference; and | The accused product discloses performing a calculation step to calculate an estimated initial value (e.g., autotuning calculates initial control PID parameter setting values) based on the integration of the amplitude (e.g., integral value) and the temperature difference (e.g., the difference between the set point temperature and actual process temperature value, etc.).<br><br>As shown, the accused product features autotune PID control algorithm for calculating PID parameter settings such as initial control value based on the integral value of the temperature and the system response or output. The difference between the set point and actual process value can be eliminated with Integral. The accused product applies a PID control to autotune, indicating integrating temperature amplitude and taking into consideration the difference between set point temperature and actual process temperature. |

When an autotune is performed on the PM PLUS™ the set point and the autotune set point are used to calculate the tuning set point. For example, if the active set point is 200° and Autotune Set Point is 90 percent, the autotune function uses 180° for tuning.

Autotuning calculates the optimum heating and/or cooling PID parameter settings based on the system's response. The PID settings generated by the autotune will be used until the autotune feature is rerun, the PID values are manually adjusted or TRU-TUNE+ is enabled.

6. When the process has stabilized, open Operations — Monitor and watch Heat Power or Cool Power. It should be stable. At this point, the process temperature should also be stable, but it will have stabilized before reaching the set point.

7. The difference between the set point and actual process value can be eliminated with Integral.

8. Start with an Integral value of 6,000 and allow 10 minutes for the process temperature to reach the set point. If it has not, reduce the setting by half and wait another 10 minutes. Continue reducing the setting by half

Source: PM Plus User Guide

The TRU-TUNE+ adaptive algorithm optimizes the controller's PID values to improve control of dynamic processes. TRU-TUNE+ monitors the Process Value and adjusts the control parameters automatically to keep your process at set point during set point and load changes. When in adaptive control mode, the controller determines the appropriate output signal and, over time, adjusts control parameters to optimize responsiveness and stability. The TRU-TUNE+ feature does not function for on-off control.

The preferred and quickest method for tuning a loop is to establish initial control settings and continue with the adaptive mode to fine tune the settings. Setting Control Mode to tune starts this two-step tuning process. This predictive tune determines initial, rough settings for the PID parameters. Then the loop automatically switches to the adaptive mode which fine tunes the PID parameters.

S

ource: PM Plus User Guide

## Process and Deviation Alarms

A process alarm uses one or two absolute set points to define an alarm condition. A deviation alarm uses one or two set points that are defined relative to the set point used by the control loop. Deviation high and low alarm set points are calculated by adding or subtracting offset values from the set point used by the control loop. If the set point changes, the window defined by the deviation alarm set points automatically moves with it. Select the type with Type (Setup Page, Alarm Menu).

## Set Points

The high set point defines the process value or temperature that will trigger a high side alarm. The low set point defines the temperature that will trigger a low side alarm. For deviation alarms, a negative set point represents a value below set point used by the control loop. A positive set point represents a value above the set point used by the control loop. View or change alarm set points with Low Set Point and High Set Point (Operations Page, Alarm Menu).

Source: PM Plus User Guide



Alarm Set Points and Hysteresis

Source: PM Plus User Guide

Proportional action ceases when the process value is within the dead band. Integral action continues to bring the process temperature to the set point. Using a **positive dead band value** keeps the heating and cooling from fighting each other.

Source: PM Plus User Guide

| d) using the estimated initial | The accused product discloses using the estimated initial value (e.g., autotune calculated initial control PID parameter setting values) for integration control (e.g., PID control) of the PID |

| | |
|---|---|
| value for integration control of the PID controller to reduce the reaction time for achieve the set temperature. | controller (e.g., the accused product) to reduce the reaction time (e.g., reduce time and overshoot) for achieve the set temperature (e.g., minimum/low and maximum/high temperature set point).<br><br>As shown, the accused product reduces time for reaching the temperature process value close to the temperature set point using proportional and integral (PI control) and reduces overshoot using proportional, integral and derivative control (PID) control of the accused product.<br><br>When an autotune is performed on the PM PLUS™ the set point and the autotune set point are used to calculate the tuning set point. For example, if the active set point is 200° and Autotune Set Point is 90 percent, the autotune function uses 180° for tuning.<br><br>Autotuning calculates the optimum heating and/or cooling PID parameter settings based on the system's response. The PID settings generated by the autotune will be used until the autotune feature is rerun, the PID values are manually adjusted or TRU-TUNE+ is enabled.<br><br>6. When the process has stabilized, open Operations — Monitor and watch Heat Power or Cool Power. It should be stable. At this point, the process temperature should also be stable, but it will have stabilized before reaching the set point.<br><br>7. The difference between the set point and actual process value can be eliminated with Integral.<br><br>8. Start with an Integral value of 6,000 and allow 10 minutes for the process temperature to reach the set point. If it has not, reduce the setting by half and wait another 10 minutes. Continue reducing the setting by half<br>Source: PM Plus User Guide |

The TRU-TUNE+ adaptive algorithm optimizes the controller's PID values to improve control of dynamic processes. TRU-TUNE+ monitors the Process Value and adjusts the control parameters automatically to keep your process at set point during set point and load changes. When in adaptive control mode, the controller determines the appropriate output signal and, over time, adjusts control parameters to optimize responsiveness and stability. The TRU-TUNE+ feature does not function for on-off control.

The preferred and quickest method for tuning a loop is to establish initial control settings and continue with the adaptive mode to fine tune the settings. Setting Control Mode to tune starts this two-step tuning process. This predictive tune determines initial, rough settings for the PID parameters. Then the loop automatically switches to the adaptive mode which fine tunes the PID parameters.

Source: PM Plus User Guide

## Proportional and (P) Control

Some processes need to maintain a temperature or process value closer to the set point than on-off control can provide. Proportional control provides closer control by adjusting the output when the temperature or process value is within a proportional band. When the value is in the band, the controller adjusts the output based on how close the process value is to the set point. The closer the process value is to the set point, the lower the output power. This is similar to backing off on the gas pedal of a car as you approach a stop sign. It keeps the temperature or process value from swinging as widely as it would with simple on-off control. However, when the system settles down, the temperature or process value tends to "droop" short of the set point.

With proportional control, the output power level equals the set point minus the process value divided by proportional band times 100. In an application with one output assigned to heating and another assigned to cooling, each will have a separate proportional parameter. The heating parameter takes effect when the process temperature is lower than the set point, and the cooling parameter takes effect when the process temperature is higher than the set point.

Adjust the proportional band with Heat Proportional Band or Cool Proportional Band (Operations — Setup - Control Loop).

Source: PM Plus User Guide



Source: PM Plus User Guide

## Proportional and Integral (PI) Control

The droop caused by proportional control can be corrected by adding integral (reset) control. When the system settles down, the integral value is tuned to bring the temperature or process value closer to the set point. Integral determines the speed of the correction, but this may increase the overshoot at startup or when the set point is changed. Too much integral action will make the system unstable. Adjust the integral with Time Integral reduce the reaction time for achieving the set temperature

Source: PM Plus User Guide

## Set Minimum Set Point and Maximum Set Point

Set the minimum set point and maximum set point for the preferred mode of operation:

- Closed loop control

- Manual Power (open loop control)

- Limit, as part of an integrated control

Go to **Operations — Setup — Control Loop —** to enter the Minimum Set Point and Maximum Set Point.

https://www.watlow.com/-/media/documents/user-manuals/pm-plus-pid-integrated-6-8-9-user-guide--12-01-



Source: PM Plus User Guide



Source: PM Plus User Guide

## Control Methods

### Proportional and Integral (PI) Control

The droop caused by proportional control can be corrected by adding integral (reset) control. When the system settles down, the integral value is tuned to bring the temperature or process value closer to the set point. Integral determines the speed of the correction, but this may increase the overshoot at startup or when the set point is changed. Too much integral action will make the system unstable. Adjust the integral with Time Integral (Operations — Setup - Control Loop).

### Proportional, Integral and Derivative (PID) Control

Use derivative (rate) control to minimize the overshoot in a PI-controlled system. Derivative (rate) adjusts the output based on the rate of change in the temperature or process value. Too much derivative (rate) will make the system sluggish. Adjust the derivative with Time Derivative (Operations Page, Loop Menu).

Source: PM Plus User Guide